UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRIAN LOFTUS, individually and on behalf of a class of persons similarly situated, ANA L. NELSON, individually and on behalf of a class of persons similarly situated, BRENDA REGES, individually and on behalf of a class of persons similarly situated, and, SARAH WILDING, individually and on behalf of a class of persons similarly situated,<br>    Plaintiffs<br><br>v.<br><br>CRACKER BARREL OLD COUNTRY STORE, INC., and JOHN DOE COMPANIES, 1 through 10, inclusive,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No.: 1:21-cv-00012-MSM-LDA<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF DISMISSAL

Now come the Plaintiffs in the above-cited matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and do hereby dismiss any and all claims alleged against the Defendants in the above-cited matter, without prejudice, no interest, no fees, no costs.

                                                        Plaintiffs,
                                                        By their attorneys,
                                                        Formisano & Company, P.C.

Dated: February 8, 2021                   /s/ V. Edward Formisano
                                                       V. Edward Formisano (#5512)
                                                       Michael D. Pushee (#6948)
                                                       100 Midway Place, Suite 1
                                                       Cranston, RI 02920-5707
                                                       (401) 944-9691
                                                       (401) 944-9695 (facsimile)
                                                       edf@formisanoandcompany.com
                                                       mpushee@formisanoandcompany.com

## **CERTIFICATION**

I hereby certify that, on this 8th day of February, 2021, the within document was electronically filed and served through the Electronic Filing System and is available for viewing and/or downloading from the electronic filing system.

/s/ V. Edward Formisano